AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Abbey, et al. <br><br> *Plaintiff(s)* <br> v. <br> The 3M Company, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-cv-12478 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 3M Company
2501 Hudson Road
Maple, MN 55144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C. David Durkee
Jason P. Frank
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
jfrank@downslawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

## ADDITIONAL DEFENDANTS

3M COMPANY
2501 Hudson Road
Maple, MN 55144
Service via email: 3M_Service_ AFFF_MDL@duffyandyoung.com

AGC CHEMICALS AMERICAS, INC.
55 E Uwchlan Avenue
Exton, PA 19341
Service via email: agccaservice@crowell.com

AMEREX CORPORATION
7595 Gadsden Highway
Trussville, AL 35173
Service via email:
robertjordan@parkerpoe.com
steveweber@parkerpoe.com
charlesraynal@parkerpoe.com
janicestafford@parkerpoe.com

ARCHROMA U.S., INC.
5445 77 Center Drive
Charlotte, NC 28217
Service via email: robertjordan@parkerpoe.com
steveweber@parkerpoe.com
charlesraynal@parkerpoe.com
janicestafford@parkerpoe.com
peter.farrell@kirkland.com
ArchromaUS_AFFFMDL_Service@kirkland.com

ARKEMA, INC.
900 1st Avenue
King of Prussia, PA 19406
Service via email: AFFFArkemaService@sidley.com

BASF CORPORATION
100 Park Avenue
Florham Park, New Jersey 07932
Service via email: BASF-AFFF-Service@dlapiper.com

BUCKEYE FIRE EQUIPMENT COMPANY
Service via email: mcarpenter@gastonlegal.com & msingleton@gastonlegal.com

& via regular mail to:
Michael L. Carpenter, Gray, Layton, Kersh, Solomon, Furr& Smith, P.A.
516 South New Hope Road
PO Box 2636
Gastonia, NC 28053

CARRIER GLOBAL CORPORATION
276 Quigley Boulevard
New Castle, DE 19720
Service via email: KiddeDefendantsAFFF@daypitney.com

CHEMDESIGN PRODUCTS, INC.
99 Development Road
Fitchburg, MA 01420
Service via email: CDPI-AFFFMDLService@grsm.com

CHEMGUARD, INC
One Stanton Street
Marinette, WI 54143
Service via email: mdlafff@jci.com & afffservice@wc.com

CHEMICALS INCORPORATED
8055 State Highway 60 S
Bay City, Texas 77414-3283
Service via email:
otwaddell@goldbergsegalla.com
jparker@goldbergsegalla.com

CHUBB FIRE, LTD.
Service via email: Chubb_Service_AFFFMDL@bclplaw.com

CLARIANT CORPORATION
500 E Morehead Street, Suite 400
Charlotte, NC 28202
Service via email:
robertjordan@parkerpoe.com
steveweber@parkerpoe.com
charlesraynal@parkerpoe.com
janicestafford@parkerpoe.com

CORTEVA, INC.
974 Centre Road, Building 735
Wilmington, DE 19805

Service via email: AFFFservice@bartlitbeck.com

DEEPWATER CHEMICALS, INC
196122 East County Road 40
Woodward, Oklahoma 73801
Service via email: Deepwater@wbd-us.com

DUPONT DE NEMOURS, INC.
Chestnut Run Plaza 974 Centre Road
Wilmington, DE 19805
Service via email: AFFFservice@bartlitbeck.com

DYNAX CORPORATION
103 Fairview Park Drive Elmsford,
New York 10523
Service via email: DynaxService@smithlaw.com

E. I. DU PONT DE NEMOURS & COMPANY
Chestnut Run Plaza, 974 Centre Road
Wilmington, DE 19805
Service via email:
DBDWERLKOTTE@shb.com
jhackman@shb.com
sdrum@shb.com

MINE SAFETY APPLIANCES CO., LLC.
c/o Mine Safety Appliances Company
1000 Cranberry Woods Dr,
Cranberry Township, PA 16066
Service via email:
AFFF_MDL_Service@huschblackwell.com
msa@kcic.com

NATION FORD CHEMICAL COMPANY
2300 Banks Street
Fort Mill, SC 29715
Service via email: NationFord@wbd-us.com

NATIONAL FOAM, INC.
141 Junny Road
Angier, North Carolina 27501
Service via email: NationalFoam_Service_of_Process@gtlaw.com

THE CHEMOURS COMPANY LLC.
1007 Market Street
Wilmington, DE, 19898
Service via email:
DBDWERLKOTTE@shb.com
jhackman@shb.com
sdrum@shb.com

THE CHEMOURS COMPANY FC, LLC.
1007 Market Street
Wilmington, DE, 19898
Service via email:
DBDWERLKOTTE@shb.com
jhackman@shb.com
sdrum@shb.com

Tyco Fire Products, L.P.
1400 Pennbrook Parkway,
Lansdale, PA 19446
mdlafff@jci.com and afffservice@wc.com

UTC Fire & Security Americas Corporation Inc.
13995 Pasteur Blvd.,
Palm Beach Gardens, FL 33418
KiddeDefendantsAFFF@daypitney.com